IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL HENDRIX**                                                                                              **PLAINTIFF**

v.                                               No. 4:22-CV-01099-LPR

**LEACH, et al.**                                                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired.[2] After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[3]

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Doc. 19.

[2] A copy of the RD sent to the address on file with the Court was returned as undeliverable. *See* Doc. 20. It is unclear whether Plaintiff remains detained at the Lake County Jail. In any event, it is Plaintiff's responsibility to update his address. Local Rule 5.5(c)(2). Out of an abundance of caution, the Court will give Plaintiff an additional 30 days to update his address with the Court (if necessary) and to file objections to the RD. Plaintiff must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment. If Plaintiff does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.

[3] The Court has two quick additional points. First, with respect to the claim against Inmate Murray, Plaintiff has not alleged that Murray was acting in concert with or under the direction of a state official. Second, for the reasons discussed in the RD, Plaintiff has not stated a deliberate indifference claim against Deputy Leach if one assumes he was trying to do so in addition to the other claims.

IT IS SO ORDERED this 31st day of January 2024.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT JUDGE